# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHAFFER,<br><br>Individually and On Behalf of Others Similarly Situated<br><br>*Plaintiff,*<br><br>v.<br><br>M-I, LLC D/B/A MI SWACO,<br><br>*Defendant.* | CASE NO: 4:14-cv-02966 |

## SUPPLEMENTAL RULE 26 DISCLOSURES

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant, M-I LLC ("M-I") submits the following Supplemental Disclosures:

**Rule 26(a)(1)(A)(i):**

Name and address of each individual likely to have discoverable information that disclosing party may use to support its claims or defenses:

1. Plaintiff, Jason Shaffer
   Who may be reached through counsel
   Michael A. Josephson
   Andrew Dunlap
   Lindsay R. Itkin
   Fibich, Leebron, Copeland, Briggs & Josephson, L.L.P.
   1150 Bissonnet
   Houston, TX 77005

   Richard J. (Rex) Burch
   Bruckner Burch PLLC
   8 Greenway Plaza, Suite 1500
   Houston, TX 77046

The Plaintiff Shaffer has information relevant to his employment with M-I and his claims in this litigation.

2. Opt-in Plaintiff, Shawn Millender
   Who may be reached through counsel
   Michael A. Josephson
   Andrew Dunlap
   Lindsay R. Itkin
   Fibich, Leebron, Copeland, Briggs & Josephson, L.L.P.
   1150 Bissonnet
   Houston, TX 77005

   Richard J. (Rex) Burch
   Bruckner Burch PLLC
   8 Greenway Plaza, Suite 1500
   Houston, TX 77046

   The Opt-in Plaintiff Millender has information relevant to his employment with M-I and his claims in this litigation.

2. Ryan Bailey
   Who may be reached through counsel
   Samuel Zurik III
   Robert P. Lombardi
   THE KULLMAN FIRM
   1100 Poydras Street, Suite 1600
   New Orleans, Louisiana 70163
   Telephone: (504) 524-4162
   Facsimile: (504) 596-4189
   sz@kullmanlaw.com
   rpl@kullmanlaw.com

   Mr. Bailey is a supervisory employee of M-I with knowledge concerning Plaintiffs' claims and M-I's defenses including but not limited to the job duties of RCD operators and RCD technicians, Plaintiff Shaffer and/or Millender's job duties and M-I's policies and practices.

3. Dwayne Dell
   Who may be reached through counsel
   Samuel Zurik III
   Robert P. Lombardi
   THE KULLMAN FIRM
   1100 Poydras Street, Suite 1600
   New Orleans, Louisiana 70163
   Telephone: (504) 524-4162
   Facsimile: (504) 596-4189
   sz@kullmanlaw.com
   rpl@kullmanlaw.com

   Mr. Dell is a supervisory employee of M-I with knowledge concerning Plaintiffs' claims and M-I's defenses including but not limited to the job duties of RCD operators and RCD technicians, Plaintiff Shaffer and/or Millender's job duties and M-I's policies and practices.

4. Caspar Hassall
  Who may be reached through counsel
  Samuel Zurik III
  Robert P. Lombardi
  THE KULLMAN FIRM
  1100 Poydras Street, Suite 1600
  New Orleans, Louisiana 70163
  Telephone: (504) 524-4162
  Facsimile: (504) 596-4189
  sz@kullmanlaw.com
  rpl@kullmanlaw.com

   Mr. Hassall is a supervisory employee of M-I with knowledge concerning Plaintiffs' claims and M-I's defenses including but not limited to the job duties of RCD operators and RCD technicians, Plaintiff Shaffer and/or Millender's job duties and M-I's policies and practices.

5. Teri Haner
  Who may be reached through counsel
  Samuel Zurik III
  Robert P. Lombardi
  THE KULLMAN FIRM
  1100 Poydras Street, Suite 1600
  New Orleans, Louisiana 70163
  Telephone: (504) 524-4162
  Facsimile: (504) 596-4189
  sz@kullmanlaw.com
  rpl@kullmanlaw.com

   Ms. Haner is a supervisory employee of M-I with knowledge concerning M-I's payroll and human resources records.

6. Kristi Selva
  Who may be reached through counsel
  Samuel Zurik III
  Robert P. Lombardi
  THE KULLMAN FIRM
  1100 Poydras Street, Suite 1600
  New Orleans, Louisiana 70163
  Telephone: (504) 524-4162
  Facsimile: (504) 596-4189
  sz@kullmanlaw.com
  rpl@kullmanlaw.com

       Ms. Selva is a supervisory employee of M-I with knowledge concerning M-I's policies and practices regarding reductions in force, and severance plans and payments.

7.    Jason Guidry
      Who may be reached through counsel
      Samuel Zurik III
      Robert P. Lombardi
      THE KULLMAN FIRM
      1100 Poydras Street, Suite 1600
      New Orleans, Louisiana 70163
      Telephone: (504) 524-4162
      Facsimile: (504) 596-4189
      sz@kullmanlaw.com
      rpl@kullmanlaw.com

       Mr. Guidry is an employee of M-I with knowledge concerning RCD Operator and CST positions, including duties, training, and necessary skills. Mr. Guidry also has knowledge concerning Strikeforce operations.

8.    Robert Cotton
      Who may be reached through counsel
      Samuel Zurik III
      Robert P. Lombardi
      THE KULLMAN FIRM
      1100 Poydras Street, Suite 1600
      New Orleans, Louisiana 70163
      Telephone: (504) 524-4162
      Facsimile: (504) 596-4189
      sz@kullmanlaw.com
      rpl@kullmanlaw.com

       Mr. Cotton is a supervisory employee of M-I with knowledge concerning Plaintiffs' claims and M-I's defenses including but not limited to the job duties of RCD operators and RCD technicians, Strikeforce operations, Plaintiff Shaffer and/or Millender's job duties and M-I's policies and practices.

9.    Thomas Leonard
      Who may be reached through counsel
      Samuel Zurik III
      Robert P. Lombardi
      THE KULLMAN FIRM
      1100 Poydras Street, Suite 1600
      New Orleans, Louisiana 70163
      Telephone: (504) 524-4162
      Facsimile: (504) 596-4189
      sz@kullmanlaw.com
      rpl@kullmanlaw.com

Mr. Leonard is a supervisory employee of M-I with knowledge concerning job duties of CSTs and RCD Operators and the Strikeforce operations unit.

10. Mike Offner
Who may be reached through counsel
Samuel Zurik III
Robert P. Lombardi
THE KULLMAN FIRM
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
sz@kullmanlaw.com
rpl@kullmanlaw.com

Mr. Offner is a supervisory employee of M-I with knowledge concerning job duties of CSTs and RCD Operators.

**Rule 26(a)(1)(A)(ii):**

Description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the parties which the disclosing party may use to support its claims or defenses:

1. The following items are in the possession of M-I:

   A. Personnel documents related to Shaffer and Millender;

   B. Payroll records and W-2s of Shaffer and Millender.

   C. Job assignment records for Shaffer and Millender.

   D. Job descriptions.

   E. Marketing materials for RCD services.

   F. Instructional manuals and operating instructions and procedures relating to RCD services.

   G. M-I Handbooks, policies, and procedures.

   H. Reports authored or contributed to by Shaffer and/or Millender.

   I. RCD Daily Reports.

    J.    Email communications.

2. Any additional documents identified by either party or documents, the relevance of which becomes known through additional investigation and discovery.

**Rule 26(a)(1)(A)(iii):**

Computation of any category of damages claimed by the disclosing party:

The Defendant is not seeking any damages in this action. As the prevailing party, though, Defendant would be seeking recovery of costs, and reserves the right to seek fees in connection with any baseless claims.

**Rule 26(a)(1)(A)(iv):**

Any insurance agreement under which any person carrying insurance business may be liable to satisfy a part, or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

The Defendant is not aware of any insurance policy that covers this matter.

Respectfully submitted, this 15th day of February, 2016.

*[signature]*

Samuel Zurik III (TX Bar No. 24044397)
Robert P. Lombardi (*pro hac vice*)
THE KULLMAN FIRM
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
sz@kullmanlaw.com
rpl@kullmanlaw.com

**COUNSEL FOR DEFENDANT
M-I L.L.C. D/B/A MI SWACO**

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2016, I served a copy of the foregoing via E-Mail and U.S. mail, postage prepaid, to:

>Michael A. Josephson
>Andrew Dunlap
>Lindsay R. Itkin
>Fibich, Leebron, Copeland, Briggs & Josephson, L.L.P.
>1150 Bissonnet
>Houston, TX 77005
>
>Richard J. (Rex) Burch
>Bruckner Burch PLLC
>8 Greenway Plaza, Suite 1500
>Houston, TX 77046